## JERMAINE FILYAW *v.* COMMISSIONER OF CORRECTION
### (AC 22001)

Lavery, C. J., and Foti and Bishop, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The trial court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

## STATE OF CONNECTICUT *v.* DONNIE BURTON
### (AC 21561)

Lavery, C. J., and Bishop and Hennessy, Js.

Argued February 25—officially released April 2, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* THEODORE BAPTISTE
### (AC 21798)

Lavery, C. J., and Bishop and Hennessy, Js.

Argued February 25—officially released April 2, 2002

Per Curiam. The judgment is affirmed.